UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

FABIAN MONDRAGON,

    Plaintiff,

v.                                      Civ. No. 18-430 JB/GJF

DETECTIVE ALBERT SENA, et al.,

    Defendants.

## ORDER TO CURE DEFICIENCY

Plaintiff has submitted an application to proceed in District Court without prepaying fees or costs. ECF No. 2. The Court determines that Plaintiff's application to proceed is missing the required **certified copy of Plaintiff's inmate account statement** for the 6-month period immediately preceding this filing. *See* 28 U.S.C. § 1915(a)(2) (2012). Failure to cure the designated deficiency within thirty (30) days from entry of this Order may result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED** that Plaintiff cure the designated deficiency by submitting the required certified copy of Plaintiff's inmate account statement for the 6-month period immediately preceding this filing **within thirty (30) days** from the date of this Order.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE